IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| SUSAN ELAINE BURNETTE, | ) |
| Plaintiff, | ) |
| v. | ) No. 5:22-cv-00020-DSC |
| KILOLO KIJAKAZI,<br>Acting Commissioner of<br>Social Security, | ) |
| Defendant. | ) |

## ORDER

**UPON CONSIDERATION** of the Defendant's Consent Motion for Entry of Judgment with Remand Under Sentence Four of 42 U.S.C. § 405(g), Plaintiff's consent to that Motion, and the entire record in this case, it is hereby

**ORDERED** that the final decision of the Commissioner is reversed and that this matter is hereby remanded to the Commissioner for further proceedings pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**SO ORDERED**.

Signed: September 10, 2022

David S. Cayer
United States Magistrate Judge